United States District Court
Southern District of Texas
**ENTERED**
December 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| A.C., C.P., T.T., T.M., T.B., R.P., and C.W.,<br><br>  Plaintiffs, by and through their next friends and guardians,<br><br>v.<br><br>Magnolia Independent School District,<br><br>  Defendant. | Civil Action No. 21-cv-3466 |

### Order Granting Joint Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiffs and Defendant in this matter have reached an agreement to settle all claims in this matter. **IT IS HEREBY ORDERED** that the Parties' Joint Motion to dismiss is **GRANTED** and the Plaintiffs' claims are **DISMISSED** with prejudice.

Signed on ___December 17, 2021___, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge